# United States Bankruptcy Court

Case Number: 13-14591-JDW

**NOTICE OF
CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Debtor(s) (name(s) and address): | Date Case Filed (or Converted): | Last Four Digits of Soc. Sec. No./Complete EIN or other Taxpayer I.D. No.: |
|---|---|---|
| JOSHUA STEPHEN SMITH<br>7101 N. TULANE ROAD APT. 42<br>HORN LAKE, MS 38637 | October 30, 2013 | XXX-XX-1777 |
| | All Other Names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): | |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| NEAL H LABOVITZ<br>1625 MAIN ST, SUITE B<br>SOUTHAVEN, MS 38671-1212 | Locke D. Barkley<br>P.O. Box 55829<br>Jackson, MS 39296 |
| Telephone Number: (662) 342-7957 | Telephone Number: (601) 355-6661    www.barkley13.com |

See Reverse Side For Important Explanations.

**Meeting of Creditors:**

DATE: December 17, 2013                      TIME: 02:30 PM
Location: The Landers Center                  Room 11
          4560 Venture Dr                     Southaven, MS 38671

**Deadlines:**
Papers must be received by the bankruptcy clerk's office by the following deadlines.
**Foreign Creditors:** A creditor to whom this notice is sent at a foriegn address should read the information under "Claims" on the reverse side.

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): March 17, 2014          For governmental units: April 28, 2014

**Deadline to Object to Exemptions:**
Thirty (30) days after the conclusion of the meeting of creditors.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts :**      February 17, 2014

**Filing of Plan, Hearing on Confirmation of Plan**
The hearing on confirmation will be held:
Unless a written objection to confirmation is filed with the clerk of this court not later than    December 31, 2013    the plan may be confirmed without a hearing. Copies of the objection must be served on the Trustee, US Trustee and Attorney for Debtor(s). Objections to confirmation will be scheduled for hearing with notice to the affected parties.

[X] The debtor has filed a plan. The plan or a summary of the plan will be sent separately.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in a motion to dismiss being filed.

| Address of the Bankruptcy Clerk's Office: | |
|---|---|
| CLERK, US Bankruptcy Court<br>703 Hwy 145 North<br>Aberdeen, MS 39730 | Jason D. Woodard<br>Judge, U.S. Bankruptcy Court<br>DATED: November 04, 2013 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specificied amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan [is included with this notice] or [will be sent to you later], and [the confirmation hearing will be held on the date indicated on the front of this notice] or [you will be sent notice of the confirmation hearing]. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in the Bankruptcy Code §362 and §1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. Consult an attorney to determine your rights in this case. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you may not be paid any money on your claim against the debtor from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial concerning the claim. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address and the creditor does not receive the notice in time to file a Proof of Claim before the deadline, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the Debtor is not entitled to a discharge under Bankruptcy Code Section 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code Section 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors; even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side unless otherwise noted. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**---Refer To Other Side For Important Deadlines and Notices---**

| CASE: 1314591 | TRUSTEE: 73 | COURT: 387 | |
|---|---|---|---|
| TASK: 11-01-2013.00397940.N13REV | | DATED: 11/04/2013 | |

| | | | |
|---|---|---|---|
| Court | | US Bankruptcy Court | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Locke D. Barkley | P.O. Box 55829<br>Jackson, MS 39296 |
| Debtor | | JOSHUA STEPHEN SMITH | 7101 N. TULANE ROAD APT. 42<br>HORN LAKE, MS 38637 |
| 799 | 000002 | NEAL H LABOVITZ | 1625 MAIN ST, SUITE B<br>SOUTHAVEN, MS 38671-1212 |
| 024 | 000053 | ECAST SETTLEMENT CORPORATION | PO BOX 29262<br>NEW YORK, NY 10087-9262 |
| 040 | 000005 | NATIONAL RECOVERY AGENCY | PO BOX 67015<br>HARRISBURG, PA 17106-7015 |
| 010 | 000035 | CAPITAL ONE BANK<br>PO BOX 12907 | C/O PRA RECEIVABLES MANAGEMENT<br>NORFOLK, VA 23541 |
| 043 | 000036 | PORTFOLIO RECOVERY ASSOCIATES | P O BOX 41067<br>NORFOLK, VA 23541-1067 |
| 021 | 000023 | DISCOVER | PO BOX 71084<br>CHARLOTTE, NC 28272 |
| 022 | 000024 | DISCOVER | PO BOX 71084<br>CHARLOTTE, NC 28272 |
| 036 | 000047 | LVNV FUNDING<br>P O BOX 10587 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 049 | 000022 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587 | FOR CREDIT ONE BANK<br>GREENVILLE, SC 29603-0587 |
| 015 | 000051 | CLAIMS FILING UNIT | PO BOX 8973<br>MADISON, WI 30353-0229 |
| 025 | 000033 | GE CAPITAL RETAIL | PO BOX 960061<br>ORLANDO, FL 32896-0061 |
| 026 | 000054 | GE CAPITAL RETAIL BANK<br>25 SE 2ND AVENUE, SUITE 1120 | C/O RECOVERY MANAGEMENT SYSTEMS<br>MIAMI, FL 33131-1605 |
| 014 | 000020 | CLAIMS ACCOUNTING | POST OFFICE BOX 30272<br>TAMPA, FL 33630-3272 |
| 016 | 000019 | COMPLETE PAYMENT RECOVERY SERVICES | 11601 ROOSEVELT BLVD<br>ST PETERSBURL, FL 33716 |
| 046 | 000041 | REGIONS BANK | PO BOX 11007<br>BIRMINGHAM, AL 35288 |
| 050 | 000043 | SE EMERGENCY | 3429 REGAL DRIVE<br>ALCOA, TN 37701-3265 |
| 018 | 000045 | CONSOLIDATED RECOVERY SYSTEMS | PO BOX 1719<br>MEMPHIS, TN 38101 |
| 038 | 000039 | METHODIST HEALTH CARE | P O BOX 32279<br>MEMPHIS, TN 38101 |
| 017 | 000040 | CONSOLIDATED RECOVERY<br>PO BOX 1719 | FOR METHODIST HEALTHCARE<br>MEMPHIS, TN 38101-1719 |
| 034 | 000064 | KANDACE STEWART, ESQ | 200 JEFFERSON AVENUE  STE 1450<br>MEMPHIS, TN 38103 |
| 035 | 000058 | KEVIN P. KEY, CRIMINAL COURT CLERK | 201 POPLAR AVENUE, SUITE # 4-01<br>MEMPHIS, TN 38103 |
| 051 | 000059 | SHELBY CO GENERAL SESSIONS<br>LL81 | 201 POPLAR AVE<br>MEMPHIS, TN 38103 |

| CASE: 1314591 | TRUSTEE: 73 | COURT: 387 | |
|---|---|---|---|
| TASK: 11-01-2013.00397940.N13REV | | DATED: 11/04/2013 | |

| | | | |
|---|---|---|---|
| 052 | 000060 | SHELBY CO GENERAL SESSIONS<br>LL81 | 201 POPLAR AVE<br>MEMPHIS, TN 38103 |
| 055 | 000044 | T M CARR, MD | 587 S BELVEDERE BLVD<br>MEMPHIS, TN 38104 |
| 058 | 000050 | TD AUTO FINANCE<br>1000 RIDGEWAY LOOP RD, STE 200 | C/O EVANS I PETREE PC<br>MEMPHIS, TN 38120-0000 |
| 039 | 000055 | NATIONAL CAPTIAL MANAGEMENT | 8425 TOURNAMENT DRIVE<br>MEMPHIS, TN 38125 |
| 012 | 000038 | CAS OF TENNESSEE | PO BOX 40916<br>MEMPHIS, TN 38174-0916 |
| 037 | 000037 | MEMPHIS RADIOLOGICAL | P O BOX 341327<br>MEMPHIS, TN 38184 |
| 002 | 000009 | ACCOUNTS RECEIVABLE MANAGEMENT<br>P.O. BOX 638 | FOR BAPTIST MEMORIAL HOSPITAL<br>PARIS, TN 38242 |
| 001 | 000007 | ACCOUNTS RECEIVABLE MANAGEMENT<br>P.O. BOX 638 | FOR BAPTIST MEMORIAL HOSPITAL<br>PARIS, TN 38242 |
| 054 | 000057 | STACY JONES<br>APT 42 | 7101 N TULANE RD<br>HORN LAKE, MS 38637 |
| 005 | 000006 | BAPTIST HOSPITAL | 7601 SOUTHCREST PKWY.<br>SOUTHAVEN, MS 38671 |
| 006 | 000008 | BAPTIST HOSPITAL | 7601 SOUTHCREST PKWY.<br>SOUTHAVEN, MS 38671 |
| 023 | 000026 | DRS. JOE, BRADDY & SIMMONS | 8747 NORTHWEST DR.<br>SOUTHAVEN, MS 38671 |
| 047 | 000042 | REPUBLIC FINANCE BANKRUPTCY CENTER | 7535 AIRWAYS BLVD, STE 210<br>SOUTHAVEN, MS 38671 |
| 048 | 000062 | REPUBLIC FINANCE-SOUTHAVEN | PO BOX 807<br>SOUTHAVEN, MS 38671 |
| 053 | 000061 | SOUTHAVEN MUNICIPAL COURT | 8889 NORTHWEST DRIVE<br>SOUTHAVEN, MS 38671 |
| 060 | 000056 | TITLE CASH OF MS | 1754 MAIN STREET<br>SOUTHAVEN, MS 38671 |
| 061 | 000052 | WALMART | 6811 SOUTHCREDT PARKWAY<br>SOUTHAVEN, MS 38671 |
| 004 | 000004 | BANKPLUS | 202 JACKSON ST<br>BELZONI, MS 39038 |
| 059 | 000049 | TD AUTO FINANCE<br>PO BOX 9001921 | FKA CHRYSLER FINANCIAL<br>LOUISVILLE, KY 40290-1921 |
| 020 | 000025 | DB SERVICING CORPORATION | PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| 013 | 000017 | CITI FINANCIAL | PO BOX 183071<br>COLUMBUS, OH 43218 |
| 031 | 000032 | HHGREGG APPLIANCES, INC<br>4151 EAST 96TH ST. | C/O CORPORATE HEADQUARTERS INQ.<br>INDIANAPOLIS, IN 46240 |
| 028 | 000030 | GLELSI | PO BOX 7860<br>MADISON, WI 53707-7860 |
| 030 | 000031 | GREAT LAKES EDUCATIONAL LOAN SVC<br>PO BOX 8973 | CLAIMS FILING UNIT<br>MADISON, WI 53708-8973 |
| 007 | 000010 | BEST BUY | PO BOX 9312<br>MINNEAPOLIS, MN 55440 |

CASE: 1314591       TRUSTEE: 73        COURT: 387
TASK: 11-01-2013.00397940.N13REV      DATED: 11/04/2013

| | | | |
|---|---|---|---|
| 057 | 000046 | TARGET NATIONAL BANK | PO BOX 59317<br>MINNEAPOLIS, MN 55459-0317 |
| 027 | 000027 | GETTINGTON | 6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 |
| 044 | 000063 | PSI MARKETING CONSULTANTS INC<br>STE 358 | 3501 ALGONQUIN ROAD<br>ROLLING MEADOWS, IL 60008 |
| 029 | 000028 | GORDMANS | 12100 W CENTER ROAD<br>OMAHA, NE 68144 |
| 008 | 000013 | CAPITAL ONE | PO BOX 65007<br>DALLAS, TX 75265 |
| 011 | 000011 | CAPITAL ONE, NA<br>3936 E. FT. LOWELL ROAD,STE 200 | C/O BASS & ASSOCIATES, PC<br>TUCSON, AZ 85712 |
| 033 | 000012 | HSBC BANK NEVADA NA<br>3936 E FT LOWELL RD STE 200 | C/O BASS & ASSOCIATES PC<br>TUCSON, AZ 85712 |
| 009 | 000015 | CAPITAL ONE | PO BOX 60599<br>CITY OF INDUSTRY, CA 91716 |
| 019 | 000021 | CREDIT ONE BANK | PO BOX 60500<br>CITY OF INDUSTRY, CA 91716 |
| 032 | 000034 | HSBC | PO BOX 80084<br>SALINAS, CA 93912-0084 |
| 045 | 000029 | QUANTUM3 GROUP | PO BOX 788<br>KIRKLAND, WA 98083-0788 |
| 003 | 000018 | BACK BOWL<br>2001 WESTERN AVE, STE 400 | C/O WEINSTEIN & RILEY, PS<br>SEATTLE, WA 98121 |
| 041 | 000016 | OAK HARBOR CAPITAL LLC<br>2001 WESTERN AVE STE 400 | C/O WEINSTERIN & RILEY PS<br>SEATTLE, WA 98121 |
| 042 | 000014 | PHARIA<br>2001 WESTERN AVE STE 400 | C/O WEINSTEIN AND RILEY PS<br>SEATTLE, WA 98121 |
| 056 | 000048 | TARGET<br>2001 WESTERN AVENUE STE 400 | C/O WEINSTEIN AND RILEY PS<br>SEATTLE, WA 98121 |

65 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/04/2013.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   11/04/2013   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail